UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LUBIN,

    Plaintiff,

v.

                        Case No. 20-cv-13233
                        Hon. Matthew F. Leitman

FCA US, LLC,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Orders entered on this day and on February 15, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                              KINIKIA ESSIX
                              CLERK OF COURT

                        By:    s/Holly A. Ryan
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 26, 2023
Detroit, Michigan