UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LUBIN,

    Plaintiff,

v.

FCA US, LLC,

    Defendant.
_____/

Case No. 20-cv-13233
Hon. Matthew F. Leitman

### ORDER TERMINATING WITHOUT PREJUDICE PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS (ECF No. 52)

On November 29, 2023, Plaintiff Michael Lubin filed an objection to a Bill of Costs that Defendant FCA US, LLC filed in this action. (*See* Objection, ECF No. 52.) The parties have since resolved their dispute, including the dispute over the Bill of Costs. Accordingly, based on the parties' resolution of this action, the Court **TERMINATES** Lubin's objection (ECF No. 52) **WITHOUT PREJUDICE**.

Dated: May 22, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1